IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VINCENT WASHINGTON,

    Plaintiff,

vs.

SAN FRANCISCO COUNTY JAIL, et al.,

    Defendants.

No. C 12-03953 YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

    Plaintiff, a county jail inmate, filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983. On July 27, 2012, the Clerk of the Court sent a notice to Plaintiff informing him that he had failed to pay the filing fee or to complete a sufficient *in forma pauperis* (IFP) application. (Docket No. 3.) Plaintiff's IFP application was insufficient in that he failed to attach a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 3.) The Clerk informed Plaintiff that he must pay the applicable fee or submit his prisoner trust account statement within thirty days or his action would be dismissed.

    More than thirty days have passed and Plaintiff has not paid the fee or submitted a prisoner trust account statement.

    Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Plaintiff's IFP application is DENIED as incomplete. The Clerk shall enter judgment, terminate all pending motions, and close the file.

    This Order terminates Docket no. 2.

    IT IS SO ORDERED.

DATED: September 4, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.12\Washington3953.DISIFP.wpd